564 A.2d 159

**Paul Joseph POPOVICH, to the Use of AETNA CASUALTY AND SURETY COMPANY and American States Insurance Company**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 28, 1989.

Decided Oct. 6, 1989.

Ernest D. Preate, Jr., Atty. Gen., Brian H. Baxter, Sr. Deputy Atty. Gen., Tort Litigation Unit, Pittsburgh, for appellant.

Louis B. Loughren, Zimmer, Kunz, Loughren, Hart, Lazaroff, Trenor, Banyas & Conaway, P.C., Dara A. DeCourcy, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY,
McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:
Order affirmed.

FLAHERTY and McDERMOTT, JJ., dissent.